USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE LITIGATION

21MC103 (AKH)

**STIPULATION OF DISCONTINUANCE AND ORDER OF DISMISSAL AS TO ABSCOPE ENVIRONMENTAL INC.**

This order relates to:

**Cases listed in Exhibit A**

------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above-titled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued without prejudice as against defendant ABSCOPE ENVIRONMENTAL INC. only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED,** that should evidence be discovered throughout the course of the litigation which determines that ABSCOPE ENVIRONMENTAL INC. is a proper party to this suit, plaintiff may reinstitute the action without regard to the applicable statute of limitations, assuming said original action was timely commenced, and in such instance these defendants shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
November 23, 2009

| McMAHON, MARTINE & GALLAGHER LLP | WORBY GRONER EDELMAN & NAPOLI BERN, LLP |
|---|---|
| BY: _____ *(signature)* | BY: _____ *(signature)* |
| Timothy D. Gallagher, Esq. (TG-9525) | Christopher LoPalo, Esq. (CL-6466) |
| McMahon, Martine & Gallagher, LLP | Worby Groner Edelman & Napoli Bern LLP |
| Attorneys for Defendant | Attorneys for Plaintiff(s) |
| ABSCOPE ENVIRONMENTAL INC. | 350 5th Avenue, Suite 7413 |
| 55 Washington Street, 7th Floor | New York, New York 10118 |
| Brooklyn, New York 10004 | (212) 267-3700 |
| (212) 747-1230 | |

SO ORDERED.

Dated:   New York, New York
          ~~2009~~
          1/27/10

*(signature)*
ALVIN K. HELLERSTEIN
United States District Judge

# EXHIBIT A

| | | |
|---|---|---|
| D'Ailliegro, Patrick | 04CV08817 | 21 MC 103 |
| Pope, David | 05CV01078 | 21 MC 103 |
| Leary, Annette | 05CV01118 | 21 MC 103 |
| Mendez, Edgar and Jenny Patricia | 05CV01180 | 21 MC 103 |
| Lovergine, Steve and Christine Lovergine | 05CV01251 | 21 MC 103 |
| Silva, Antonio and Lupe C. Silva | 05CV01260 | 21 MC 103 |
| Pasqua, Paul | 05CV01268 | 21 MC 103 |
| Steinbrecher, Florence | 05CV01520 | 21 MC 103 |
| Gullo, Richard and Donna-Marie Gullo | 05CV01568 | 21 MC 103 |
| Hovell, Richard and Beverly Hovell | 05CV01645 | 21 MC 103 |
| Mancini, Ron and Elisabeth Mancini | 05CV01668 | 21 MC 103 |
| Volpe, Peter and Adrianna Volpe | 05CV01679 | 21 MC 103 |
| Prescod, Bruce and Yvonne Prescod | 05CV01681 | 21 MC 103 |
| Castillo, Silvia and Segundo Siguencia | 05CV01718 | 21 MC 103 |
| Bruno, Thomas and Julie Bruno | 05CV01747 | 21 MC 103 |
| Rotondi, Anthony and Nicoletta Rotondi | 05CV01755 | 21 MC 103 |
| Sumba, Samuel and Mercedes Sumba | 05CV01783 | 21 MC 103 |
| Ziegelmeier, Jennifer, as Adm. of William Ziegelmeier | 05CV04217 | 21 MC 103 |
| Ballerini, Richard and Ann Ballerini | 05CV06460 | 21 MC 103 |
| Martucci, Anthony | 05CV09957 | 21 MC 103 |
| Alvarez, Maria E. and Carlos Chavarriage | 05CV10135 | 21 MC 103 |
| Agostini, Emmanual | 05CV10391 | 21 MC 103 |
| Encalada, Jorge | 05CV10737 | 21 MC 103 |
| Vivar, Rosa and Wilson Vivar | 06CV00997 | 21 MC 103 |
| Bugge, Kenny and Donna Bugge | 06CV01099 | 21 MC 103 |
| Calero, Ivan and Reyna Calero | 06CV01650 | 21 MC 103 |
| Carlisi, Michael and Tara Carlisi | 06CV02819 | 21 MC 103 |
| Thomas, Kevin and Sherilla Thomas | 06CV04381 | 21 MC 103 |
| Cintron, Yolanda | 06CV05631 | 21 MC 103 |
| Sarmiento, Maydi | 06CV06521 | 21 MC 103 |
| Marchese, Salvatore | 06CV06716 | 21 MC 103 |
| Finnerty, Tom and Jill Finnerty | 06CV06770 | 21 MC 103 |
| O'Neal, Alexander and Maureen O'Neal | 06CV06798 | 21 MC 103 |
| Bailey, Jason | 06CV07346 | 21 MC 103 |
| Dolan, Patrick | 06CV07398 | 21 MC 103 |
| Madden, Thomas | 06CV07468 | 21 MC 103 |
| McNulty, William and Karen McNulty | 06CV07490 | 21 MC 103 |
| Michalopoulos, Damon and Frances Michalopoulos | 06CV07495 | 21 MC 103 |
| Whittle, Frank and Lynne Whittle | 06CV07576 | 21 MC 103 |
| Lech, Leszek and Genowefa Lech | 06CV07911 | 21 MC 103 |
| Luna, Rolando | 06CV07912 | 21 MC 103 |
| Lanfrit, Karl B. and Christina Lanfrit | 06CV07919 | 21 MC 103 |
| Bedell, Scott | 06CV07941 | 21 MC 103 |
| Martin, Craig | 06CV08035 | 21 MC 103 |
| Wragg, Clarence and Cecilia Wragg | 06CV08125 | 21 MC 103 |
| Dias, Fernando and Sandra Dias | 06CV08223 | 21 MC 103 |
| Corr, Howard and Marianne Corr | 06CV08360 | 21 MC 103 |
| Davis, Jimmie and Ella Davis | 06CV08374 | 21 MC 103 |
| Liguori, Jerry and Rita Liguori | 06CV08447 | 21 MC 103 |
| Ryan, Thomas and Marie Ryan | 06CV08529 | 21 MC 103 |
| Salamone, Vincenzo A. and Mary Salamone | 06CV08530 | 21 MC 103 |
| Simes, Larry and Kim L. Simes | 06CV08541 | 21 MC 103 |
| Voss, Jason | 06CV08701 | 21 MC 103 |

| | | |
|---|---|---|
| Contessa, David and Laurie Contessa | 06CV08751 | 21 MC 103 |
| Dyer, Carl and Paulette Dyer | 06CV08764 | 21 MC 103 |
| LaSala, Nick and Laura LaSala | 06CV08797 | 21 MC 103 |
| Reen, Denis | 06CV08854 | 21 MC 103 |
| Balaguer, Hector | 06CV08995 | 21 MC 103 |
| Dowling, John J. and Lucia Dowling | 06CV09038 | 21 MC 103 |
| Vales, Vincent and Jenny Vales | 06CV09236 | 21 MC 103 |
| Vitiello, Andrew and Sylvia D. Vitiello | 06CV09244 | 21 MC 103 |
| Bocchichio, Frank and Marianne Bocchichio | 06CV09270 | 21 MC 103 |
| Easterling, Willie (deceased, Tyshan J. Grier, personal representative) | 06CV09542 | 21 MC 103 |
| Regula, Lawrence and Diana Regula | 06CV09679 | 21 MC 103 |
| Vaccarella, John | 06CV09737 | 21 MC 103 |
| Theiss, Eric and Frances Schwab Theiss | 06CV09871 | 21 MC 103 |
| Antiaris, John | 06CV09964 | 21 MC 103 |
| Ledesma, Horacio | 06CV10044 | 21 MC 103 |
| Lenis, Carlos and Lucia Lenis | 06CV10045 | 21 MC 103 |
| Stevens, Jake and Ruby Stevens | 06CV10095 | 21 MC 103 |
| Austin, Daniel C and Elena Austin | 06CV10542 | 21 MC 103 |
| Shanahan, Ken and Pattie Shanahan | 06CV10636 | 21 MC 103 |
| Paternostro, Michael and Linda Paternostro | 06CV10669 | 21 MC 103 |
| Power, Michael and Marianne Power | 06CV10855 | 21 MC 103 |
| Schmidt, Robert and Eileen Schmidt | 06CV10878 | 21 MC 103 |
| Ragnetti, James | 06CV11247 | 21 MC 103 |
| Valdiulezo-Nieto, Aida | 06CV11534 | 21 MC 103 |
| Dipalo, John and Jane Dipalo | 06CV11552 | 21 MC 103 |
| Shingles, Ulysses | 06CV11585 | 21 MC 103 |
| Andrusyshyn, George and Diana Andrusyshyn | 06CV11622 | 21 MC 103 |
| Cullimore, Andrew and Stephanie Cullimore | 06CV11651 | 21 MC 103 |
| Dominguez, David and Catherine Dominguez | 06CV11656 | 21 MC 103 |
| Jones, James | 06CV11700 | 21 MC 103 |
| Mahoney, Robert and Frances J. Mahoney | 06CV11709 | 21 MC 103 |
| Feliu, Marcial A. | 06CV11784 | 21 MC 103 |
| Morgan, Lawrence and Linda G Morgan | 06CV11824 | 21 MC 103 |
| O'Neal, Michael and Jennifer O'Neal | 06CV11828 | 21 MC 103 |
| Sinerco, George and Theresa Sinerco | 06CV11843 | 21 MC 103 |
| Ferraro, Kenneth and Carol Ferraro | 06CV12062 | 21 MC 103 |
| Fiumano, Joseph | 06CV12065 | 21 MC 103 |
| Frazier, Nathaniel | 06CV12074 | 21 MC 103 |
| Geneus, Manes | 06CV12091 | 21 MC 103 |
| Herrera, J. Leonardo | 06CV12139 | 21 MC 103 |
| Loja, Jose and Livia Maria Durazno | 06CV12219 | 21 MC 103 |
| Lynch, Thomas and Charlotte Lynch | 06CV12227 | 21 MC 103 |
| Niskanen, David | 06CV12377 | 21 MC 103 |
| Santos, David and Ivelisse Santos | 06CV12492 | 21 MC 103 |
| Walsh, Kevin | 06CV12608 | 21 MC 103 |
| Wibrew, Robert | 06CV12618 | 21 MC 103 |
| Granata, Joseph and Julieann Granata | 06CV12688 | 21 MC 103 |
| Chiarello, Nick and Geraldino C. Chiarello | 06CV12720 | 21 MC 103 |
| Delorbe, Luciano | 06CV12731 | 21 MC 103 |
| Dimino, Anthony and Joan Dimino | 06CV12736 | 21 MC 103 |
| Greco, Chris | 06CV12752 | 21 MC 103 |
| Lagner, Troy and Kate Molloy | 06CV12770 | 21 MC 103 |
| Lopez, Wilfredo and Hilda G. Lopez | 06CV12777 | 21 MC 103 |
| Ruggiero, Eddie and Gina Ruggiero | 06CV12813 | 21 MC 103 |

| | | |
|---|---|---|
| Sarra, Antonio and Antoinette Sarra | 06CV12816 | 21 MC 103 |
| Arruda, Betsy | 06CV13787 | 21 MC 103 |
| Cantres, William and Susan Cantres | 06CV13821 | 21 MC 103 |
| Harmon, Chris and Maria Harmon | 06CV13938 | 21 MC 103 |
| McKenna, Brian and Linda McKenna | 06CV14032 | 21 MC 103 |
| Pangallo, Frank | 06CV14071 | 21 MC 103 |
| Rehorn, Andrew and Kathryn Alexis-Rehorn | 06CV14084 | 21 MC 103 |
| Banda, Ivan and Martha Reinoso | 06CV14483 | 21 MC 103 |
| Banda, Nestor and Georgina Banda | 06CV14484 | 21 MC 103 |
| DeLuca, Joseph and Elizabeth DeLuca | 06CV14596 | 21 MC 103 |
| Eramo, Joseph and Diane Eramo | 06CV14632 | 21 MC 103 |
| Fallon, William P. and Laura Fallon | 06CV14636 | 21 MC 103 |
| Garcia, Viviana | 06CV14671 | 21 MC 103 |
| Jaramillo, Jonas and Blanca Jaramillo | 06CV14746 | 21 MC 103 |
| Letz, Alan and Julia Letz | 06CV14793 | 21 MC 103 |
| Lopez, Oswaldo and Elvia V. Lopez | 06CV14807 | 21 MC 103 |
| Moreno, Sandra | 06CV14901 | 21 MC 103 |
| Moretti, John and Karen Moretti | 06CV14904 | 21 MC 103 |
| Pigott, John and Mabel Pigott | 06CV14970 | 21 MC 103 |
| Reems, Eugene and Erin Reems | 06CV14993 | 21 MC 103 |
| Rieger, Eric and Laura Rieger | 06CV15003 | 21 MC 103 |
| Rizzi, Patrizio and Karen Rizzi | 06CV15006 | 21 MC 103 |
| Ross, Richard and Ann Ross | 06CV15022 | 21 MC 103 |
| Ruggiero, James | 06CV15025 | 21 MC 103 |
| Weeks, Ronald | 06CV15135 | 21 MC 103 |
| Yarczower, Dennis and Sandy Yarczower | 06CV15149 | 21 MC 103 |
| Jiminez, Jose and Isabel Jiminez | 07CV00064 | 21 MC 103 |
| Mogg, Bruce and Rosa Mogg | 07CV00785 | 21 MC 103 |
| Astudillo, Freddy | 07CV01463 | 21 MC 103 |
| Cobos, Angel | 07CV01483 | 21 MC 103 |
| Dolce, Frank and Jayne C. Dolce | 07CV01491 | 21 MC 103 |
| Encalada, Marco and Blanca Encalada | 07CV01494 | 21 MC 103 |
| Garces, Segundo | 07CV01498 | 21 MC 103 |
| Riera, Carlos | 07CV01518 | 21 MC 103 |
| Robles, Blanca | 07CV01520 | 21 MC 103 |
| Saavedra, Donaldo and Isabel Saavedra | 07CV01525 | 21 MC 103 |
| Sanchez, Genaro | 07CV01527 | 21 MC 103 |
| Siguencia, Raul | 07CV01533 | 21 MC 103 |
| Acosta, Byron | 07CV01552 | 21 MC 103 |
| Ali, Enrique | 07CV01554 | 21 MC 103 |
| Alvarracin, Jose | 07CV01556 | 21 MC 103 |
| Astudillo, Wilmer and Maria I. Avila | 07CV01561 | 21 MC 103 |
| Atiencia, Marcelo | 07CV01562 | 21 MC 103 |
| Calle, Wilson | 07CV01578 | 21 MC 103 |
| Chavez, Edison and Martha L. Chavez | 07CV01585 | 21 MC 103 |
| Chuva, Nancy | 07CV01589 | 21 MC 103 |
| Corrales, Elena | 07CV01596 | 21 MC 103 |
| Dota, Clara | 07CV01602 | 21 MC 103 |
| Inga, Jorge | 07CV01629 | 21 MC 103 |
| Llerena, Hilda | 07CV01650 | 21 MC 103 |
| Mazlymian, Juan and Julia Mazlymian | 07CV01658 | 21 MC 103 |
| Mazur, Antoni and Ewa Mazur | 07CV01659 | 21 MC 103 |
| Merchan, Carlos and Martha Merchan | 07CV01665 | 21 MC 103 |
| Palaguachi, Rosa and Rigoberto Quito | 07CV01680 | 21 MC 103 |
| Rudder, Anthony | 07CV01698 | 21 MC 103 |

| | | |
|---|---|---|
| Serrano, Alfonso | 07CV01703 | 21 MC 103 |
| Tenezaca, Julia | 07CV01714 | 21 MC 103 |
| Thorpe, Jeanne | 07CV01715 | 21 MC 103 |
| Fernandez, Sandra | 07CV02459 | 21 MC 103 |
| Alloggio, Anthony and Catherine Alloggio | 07CV04240 | 21 MC 103 |
| Brenseke, Richard and Deborah Brenseke | 07CV04324 | 21 MC 103 |
| Comerford, John and Christine Comerford | 07CV04351 | 21 MC 103 |
| Dallas, Kevin and Kathleen Dallas | 07CV04354 | 21 MC 103 |
| Kear, John | 07CV04366 | 21 MC 103 |
| Agudelo, Gladys | 07CV04446 | 21 MC 103 |
| Betancourt, Hector | 07CV04453 | 21 MC 103 |
| Encalada, Cirilo and Melva Encalada | 07CV04465 | 21 MC 103 |
| Gualpa, Rosa | 07CV04472 | 21 MC 103 |
| Hernando, Avenia and Nidia Hernando | 07CV04473 | 21 MC 103 |
| Inga, Luis and Carmen Inga | 07CV04474 | 21 MC 103 |
| Leon, Ines and Luis E. Quezada | 07CV04481 | 21 MC 103 |
| Toledo-Naranjo, Aracely M. | 07CV04490 | 21 MC 103 |
| Mendoza, Gustavo and Hada Mendoza | 07CV04494 | 21 MC 103 |
| Misaico, Ubaldo | 07CV04495 | 21 MC 103 |
| Rojas, Jaime and Johanna Hernandez | 07CV04511 | 21 MC 103 |
| Sarmiento, Edwin and Nora Sarmiento | 07CV04515 | 21 MC 103 |
| Vivar, Luis | 07CV04523 | 21 MC 103 |
| Waniurski, Robert and Ewa Waniurski | 07CV04524 | 21 MC 103 |
| Davis, Pyron and Sherry Davis | 07CV05270 | 21 MC 103 |
| Duchitanga, Manuel and Monica Chillogale | 07CV05287 | 21 MC 103 |
| Pastuizaca, Zoila and Luis F. Pastuizaca | 07CV05308 | 21 MC 103 |
| Cortez, Zoila | 07CV05344 | 21 MC 103 |
| Molloy, Frank | 07CV05368 | 21 MC 103 |
| Saeteros, Milton I. | 07CV05383 | 21 MC 103 |
| Sanchez, Edilberto | 07CV05384 | 21 MC 103 |
| Arrigo, Daniel and Bridget Arrigo | 07CV05402 | 21 MC 103 |
| Fairweather, Robert | 07CV05408 | 21 MC 103 |
| Schuler, Steven and Patricia Schuler | 07CV05425 | 21 MC 103 |
| Segaline, Maria | 07CV05426 | 21 MC 103 |
| Velasquez, Jose | 07CV05432 | 21 MC 103 |
| Wright, Richard A. | 07CV05434 | 21 MC 103 |
| Engelbrecht, Mark and Anne Engelbrecht | 07CV08274 | 21 MC 103 |
| Bastidas, Ramiro and Zoila Bastidas | 07CV08278 | 21 MC 103 |
| Kosiv, Igor | 07CV08282 | 21 MC 103 |
| Perez, Jacqueline | 07CV08284 | 21 MC 103 |
| Purcell, Dan and Corry Beth Purcell | 07CV08932 | 21 MC 103 |
| Auditore, Frank and Michelle Auditore | 07CV08974 | 21 MC 103 |
| Short, James | 07CV08997 | 21 MC 103 |
| Tobin, Brendan and Shiela Tobin | 07CV09042 | 21 MC 103 |
| Azubike, Victor and Tekrisha Azubike | 07CV09058 | 21 MC 103 |
| Quinlan, Scott and Angela DeCarlos | 07CV09168 | 21 MC 103 |
| Baksh, Reyaad and Amy Baksh | 07CV09943 | 21 MC 103 |
| Carlin, Dennis and Rosemary Kindelon-Carlin | 07CV09957 | 21 MC 103 |
| Cochran, Edward and Cecilia Cochran | 07CV09961 | 21 MC 103 |
| Daly, John and Renee Daly | 07CV09971 | 21 MC 103 |
| Fuentes, Lazaro and Wendy DeMarco-Fuentes | 07CV10151 | 21 MC 103 |
| Shields, Steven | 07CV10207 | 21 MC 103 |
| Cuomo, Anthony and Janine Cuomo | 07CV10756 | 21 MC 103 |
| Luster, Edward and Amy Luster | 07CV10795 | 21 MC 103 |
| McBean, Derrick | 07CV10808 | 21 MC 103 |

| Peters, Stephen and Tammy Peters | 07CV10820 | 21 MC 103 |
|---|---|---|
| Rafaniello, Mark and Olimpia Rafaniello | 07CV10823 | 21 MC 103 |
| Ribeiro, Joseph and Suzanne J. Ribeiro | 07CV10918 | 21 MC 103 |
| Avila, Richard | 07CV11018 | 21 MC 103 |
| Puma, Elsa and Alex Espinoza | 07CV11023 | 21 MC 103 |
| Carroll, Neil | 08CV00635 | 21 MC 103 |
| Cronin, James and Gina-Marie Cronin | 08CV00653 | 21 MC 103 |
| Nauta, Dalia and Luis Nauto | 08CV01015 | 21 MC 103 |
| Moscato, Salvatore and Patricia Moscato | 08CV01403 | 21 MC 103 |
| Palomeque, Henry | 08CV02244 | 21 MC 103 |
| Chirinos, Luis | 08CV02260 | 21 MC 103 |
| Dominguez, Margarita | 08CV02265 | 21 MC 103 |
| Dominguez, Tailor and Juanna Dominguez | 08CV02266 | 21 MC 103 |
| Garcia, Ladislao | 08CV02269 | 21 MC 103 |
| Guiracocha, Cesar | 08CV02272 | 21 MC 103 |
| Guzman, Salma P. | 08CV02273 | 21 MC 103 |
| Hernandez, Jaime | 08CV02274 | 21 MC 103 |
| Lopez, Angel | 08CV02281 | 21 MC 103 |
| Lozano, Henry | 08CV02284 | 21 MC 103 |
| Macias, Pedro and Rosita Cevallos | 08CV02286 | 21 MC 103 |
| Medina, Diego and Melinda Medina | 08CV02290 | 21 MC 103 |
| Mendez, Juan and Karen Mendez | 08CV02291 | 21 MC 103 |
| Orozco, Rafael E. | 08CV02299 | 21 MC 103 |
| Osorio, Alicia | 08CV02300 | 21 MC 103 |
| Saeteros, Blanca and Dario Encalada | 08CV02305 | 21 MC 103 |
| Torres, Aida and Bolivar Torres | 08CV02309 | 21 MC 103 |
| Uzhca, Manuel | 08CV02312 | 21 MC 103 |
| Vasquez, Camilo | 08CV02313 | 21 MC 103 |
| Vivar, Jose | 08CV02318 | 21 MC 103 |
| Zambrana, Ramon | 08CV02320 | 21 MC 103 |
| Dybus, Tomasz and Jolanta Dybus | 08CV02322 | 21 MC 103 |
| McNair, Michael and Mary Anne McNair | 08CV02328 | 21 MC 103 |
| Nevins, Timothy C. and Karen Nevins | 08CV02330 | 21 MC 103 |
| Toledo, Nelson and Miryam Toledo | 08CV02332 | 21 MC 103 |
| Cabrera, Marbin | 08CV02581 | 21 MC 103 |
| Gonzalez, Gisselle | 08CV02629 | 21 MC 103 |
| Trivino, William and Rosa Trivino | 08CV02726 | 21 MC 103 |
| Arias, Gloria | 08CV02931 | 21 MC 103 |
| Drozd, Bogdan and Anna Drozd | 08CV04945 | 21 MC 103 |
| Linea, Carmelo and Janice Linea | 08CV04946 | 21 MC 103 |
| Malvino, Joseph G. and Marilyn Malvino | 08CV04947 | 21 MC 103 |
| Pierrot, Clifford | 08CV04948 | 21 MC 103 |
| Sanchez, George and Jessica Arias | 08CV04949 | 21 MC 103 |
| Stanford, Phillip and Susan Stanford | 08CV05157 | 21 MC 103 |
| Vasquez, Robert and Bernice Vasquez | 08CV05852 | 21 MC 103 |
| Jenkins, Christopher | 08CV05931 | 21 MC 103 |
| Pappalardo, Anthony as Administrator of Philip Pappalardo | 08CV06639 | 21 MC 103 |
| Velasquez, Fredy and Morena Valdez | 08CV11141 | 21 MC 103 |
| Ricciardi, John and Shirley Ricciardi | 09CV01545 | 21 MC 103 |
| Romano, Dennis and Diane Romano | 09CV01546 | 21 MC 103 |
| Jones, James C. | 09CV01548 | 21 MC 103 |
| Garrett, Martin and Diana Martin | 09CV02761 | 21 MC 103 |
| Scott, David and Kim Marie Scott | 09CV02815 | 21 MC 103 |
| Prado, Victor | 09CV03459 | 21 MC 103 |

## RIDER:

TO: Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern, LLP
350 5th Ave, Suite 7413
New York, NY 10118

Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, NY 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, NY 10279

*Liaison Counsel for Plaintiffs*

James E. Tyreli, Esq.
Joseph Hopkins, Esq.
Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006

*Liaison Counsel for the Defendants*